# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

AARON WOOLES,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC. (OHIO),

    Defendant.

Case No. 2:18-cv-1206
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

Plaintiff, Aaron Wooles and Defendant, United Parcel Service, Inc. (Ohio), have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Counts Four and Six of Plaintiff's Amended Complaint against Defendant, United Parcel Service, Inc. (Ohio), are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same. (ECF No. 13.) This stipulation has rendered moot Defendant's Motion to Dismiss Counts Four and Six. (ECF No. 8.)

Accordingly, it is hereby **ORDERED** that Counts Four and Six of Plaintiff's Amended Complaint against Defendant, United Parcel Service, Inc. (Ohio), are dismissed with prejudice and Defendant's Motion to Dismiss Counts Four and Six is **DENIED AS MOOT**. (ECF No. 8.)

IT IS SO ORDERED.

4-1-209
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE